**STATE of Missouri, Respondent,**

v.

**George E. GOODWINE, Appellant.**

**No. WD 36168.**

Missouri Court of Appeals,
Western District.

March 19, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 30, 1985.

George E. Goodwine, pro se.

J. Armin Rust, Asst. Pros. Atty., Lexington, for respondent.

Before CLARK, P.J., TURNAGE, C.J., and KENNEDY, J.

ORDER

PER CURIAM:

Appeal from conviction for speeding. Affirmed.   Rule 84.16(b).